## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Elza SANFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56953.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 5, 1990.

Henry B. Robertson, Lisa K. Clover, Asst. Public Defenders, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jared R. Cone, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing.

**David Allen FULKS,
Petitioner–Respondent,**

v.

**Suzan Kay FULKS,
Respondent–Appellant.**

**No. WD 42392.**

Missouri Court of Appeals,
Western District.

June 5, 1990.

Edward J. Houlehan, Kansas City, for respondent-appellant.

Robert C. Paden, Independence, for petitioner-respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM:

Appeal by mother from portion of dissolution of marriage decree awarding joint